```
 1 │ 2
   │ Law Offices of Peter G. Macaluso
 2 │ Peter G. Macaluso #215730
   │ 7230 South Land Park Drive #127
 3 │ Sacramento, CA 95831
   │ 916-392-6591
 4 │ 916-392-6590 Facsimile
   │
 5 │ Attorney for Debtor(s)
   │ Wanda L. Moore
 6 │
 7 │
 8 │
   │            IN THE UNITED STATES BANKRUPTCY COURT
 9 │
   │            FOR THE EASTERN DISTRICT OF CALIFORNIA
10 │
11 │
12 │ IN THE MATTER OF:
   │                            CASE NO. 18-27246-B-13J
13 │ Moore, Wanda L.            DOCKET CONTROL #:PGM-2
   │   SS#XXX-XX-1246           DATE:    April 2, 2019
14 │                            TIME:    1:00 p.m.
   │                            DEPT#:   B  - Courtroom 32
15 │                            Honorable Judge Christopher Jaime
   │ _____Debtor_____/
16 │
17 │            ORDER CONFIRMING FIRST AMENDED PLAN
   │
18 │     The Chapter 13 plan filed on February 18, 2019     of the
   │ above-named Debtor has been transmitted to all creditors, and it
19 │ has been determined after notice and opportunity for a hearing
   │ that the Debtor's plan satisfies the requirements of 11 U.S.C.§
20 │ 1325.
21 │
22 │     Therefore, IT IS ORDERED that plan is confirmed.
23 │
   │     IT IS FURTHER ORDERED that:
24 │
25 │     1. The Debtor shall immediately notify, in writing, the
   │ Clerk of the United States Bankruptcy Court and the trustee of
26 │ any change in the Debtor's address;
27 │
28 │     2. The Debtor shall immediately notify the trustee in
```

RECEIVED
April 04, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006479224

writing of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount **$4,000.00** are approved, **$1,500.00** of which was paid prior to the filing of the petition.

The balance of **$2,500.00**, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows; *General unsecured creditors to be paid 100% of allowed claims.*

_[signature]_
Approved by the Chapter 13 Trustee as to form.
Kristen Koo, Attorney for Trustee

**Dated:** April 04, 2019

_[signature]_
Christopher D. Jaime, Judge
United States Bankruptcy Court